**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**HENRY J. BUNCH**                                                       **PLAINTIFF**

**v.**                             **Civil No. 06-5220**

**SCOTT CRAIG, Cherokee Nation**
**Federal Marshal's Office; SUPERVISOR**
**JOHN DOE, Cherokee Nation Federal**
**Marshal's Office; CHAD SMITH, Chief,**
**Cherokee Nation; RICK HOYT,**
**Chief of Police, Fayetteville,**
**Arkansas; ROBERT ALLEN RILEY,**
**Fayetteville Police Department;**
**JEREMY B. GRAMMAR, Fayetteville Police**
**Department; CHRISTOPHER D. MOAD,**
**Fayetteville Police Department;**
**THOMAS E. REED, Fayetteville Police**
**Department; DEREK F. KRAUSE, Fayetteville**
**Police Department; NATHANIEL R. COY,**
**Fayetteville Police Department; and**
**JANET E. MACRI, Fayetteville Police**
**Department**                                               **DEFENDANTS**

**O R D E R**

Now on this 2nd day of April, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #8, filed March 1, 2007) and plaintiff's **Motion for Written Objections Pursuant to 28 U.S.C. § 636(b)(1)** (document #10, filed March 22, 2007). The Court, being well and sufficiently advised finds that plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation (document #8)** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the following claims are hereby **dismissed: (1) all claims against Scott Craig, Cherokee Nation Federal Marshal's Office; (2) all claims against Supervisor John Doe, Cherokee Nation Federal Marshal's Office; (3) all claims against Chad Smith, Chief of the Cherokee Nation; and (4) all claims against Rick Hoyt, Chief of Police, Fayetteville Police Department.**

**This case is referred back to Hon. James R. Marschewski for further Report and Recommendation regarding the remaining defendants.**

**IT IS SO ORDERED.**

> **/s/Jimm Larry Hendren**
> **HON. JIMM LARRY HENDREN**
> **UNITED STATES DISTRICT JUDGE**